UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**　　　　　　　　　　　　**DATE:** 05/4/21

Court Reporter: Tammera Witte

Court Clerk: Gail Hansen

Other:　　　　　　　　　　　　　　　　　　　　　　**2:20-cr-1053-01**

United States

v.

Maksim Boiko

**Appearances:**

AUSA Matthew Feldman Nikic

Akrady Bukh, Counsel for Defendant

Defendant present via video-conferencing by consent

**NATURE OF PROCEEDINGS: HRG ON MOTION TO BE RELIEVED**

Ordered motion granted; Defendant's new retained counsel shall file a Notice of Appearance within 10 days.

　　　　　　　　　　　　　　　　　　Gail A. Hansen, Deputy

Time Commenced: 10:15 a.m.
Time Concluded: 10:45 a.m.

Total Time:  30 minutes